LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
MICHAEL JILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; CITY OF PITTSBURG POLICE DEPARTMENT; NICHOLAS PAT BOCCIO (BADGE # 303), individually and in his capacity as a Peace Officer for the City of Pittsburg; PHILIP GALER (BADGE # 248), individually and in his capacity as a Peace Officer for the City of Pittsburg; BRIAN MATTHEWS (BADGE # 283), individually and in his capacity as a Peace Officer for the City of Pittsburg; RYAN RUFF (BADGE # 301), individually and in his capacity as a Peace Officer for the City of Pittsburg; A. BORDENKIRCHER (BADGE #308), individually and in his capacity as a Peace Officer for the City of Pittsburg; and DOES 1-200,<br><br>　　　　Defendants. | Case No.: C12-03795 MEJ<br><br>STIPULATION [AND ~~PROPOSED~~ ORDER] TO CONTINUE OCTOBER 25, 2012 CASE MANAGEMENT CONFERENCE |

　　　Plaintiff and Defendants, by and through their attorneys of record, hereby agree and stipulate that the Case Management Conference presently scheduled for October 25, 2012 at 10:00 a.m. be continued to November 1, 2012 at 10:00 a.m.

　　　The continuance is at the request of Plaintiff's counsel who will be on vacation on October 25, 2012.

STIPULATION TO CONTINUE CMC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- 1 -

*Jiles v. City of Pittsburg, et al.*
USDC (ND) Case No.: C12-03795 MEJ

IT IS SO STIPULATED.

Dated: September 28, 2012           LAW OFFICES OF PANOS LAGOS

*[signature]*

Panos Lagos, Esq.
Attorney for Plaintiff,
MICHAEL JILES

Dated: September 27, 2012           EDRINGTON, SCHIRMER & MURPHY LLP

*[signature]*

Peter P. Edrington, Esq.
Owen T. Rooney, Esq.
Attorneys for Defendants,
CITY OF PITTSBURG, et al.

## ORDER

Based on the above Stipulation, and good cause appearing,

IT IS ORDERED that the Case Management Conference scheduled for October 25, 2012 at 10:00 a.m. is continued to November 1, 2012 at 10:00 a.m.

Dated: September 28, 2012

*[signature]*

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE