1  LAW OFFICES OF PANOS LAGOS
   Panos Lagos, Esq. / SBN 61821
2  5032 Woodminster Lane
   Oakland, CA  94602
3  (510)530-4078
   (510)530-4725/FAX
4  panoslagos@aol.com

5  Attorney for Plaintiff,
   MICHAEL JILES
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 MICHAEL JILES,                    ) Case No.: C12-03795 MEJ
                                     )
11         Plaintiff,                ) STIPULATION [AND ~~PROPOSED~~
                                     ) ORDER] TO CONTINUE
12 v.                                ) OCTOBER 25, 2012 CASE
                                     ) MANAGEMENT CONFERENCE
13 CITY OF PITTSBURG; AARON L. BAKER,)
   individually and in his Official Capacity as )
14 CHIEF OF POLICE OF THE CITY OF    )
   PITTSBURG POLICE DEPARTMENT;      )
15 CITY OF PITTSBURG POLICE DEPARTMENT; )
   NICHOLAS PAT BOCCIO (BADGE # 303),)
16 individually and in his capacity as a Peace Officer )
   for the City of Pittsburg; PHILIP GALER )
17 (BADGE # 248), individually and in his capacity as )
   a Peace Officer for the City of Pittsburg; )
18 BRIAN MATTHEWS (BADGE # 283), individually )
   and in his capacity as a Peace Officer for the )
19 City of Pittsburg; RYAN RUFF (BADGE # 301), )
   individually and in his capacity as a Peace Officer )
20 for the City of Pittsburg; A. BORDENKIRCHER )
   (BADGE #308), individually and in his capacity as a )
21 Peace Officer for the City of Pittsburg; )
   and DOES 1-200,                   )
22                                   )
           Defendants.                )
23                                   )

24      Plaintiff and Defendants, by and through their attorneys of record, hereby agree and

25 stipulate that the Case Management Conference presently scheduled for October 25, 2012 at

26 10:00 a.m. be continued to November 1, 2012 at 10:00 a.m.

27      The continuance is at the request of Plaintiff's counsel who will be on vacation on

28 October 25, 2012.

STIPULATION TO CONTINUE CMC                                              - 1 -

*Jiles v. City of Pittsburg, et al.*
USDC (ND) Case No.: C12-03795 MEJ

IT IS SO STIPULATED.

Dated: September 28, 2012  P.L.                    LAW OFFICES OF PANOS LAGOS

*/s/ Panos Lagos*
Panos Lagos, Esq.
Attorney for Plaintiff,
MICHAEL JILES

Dated: September 27, 2012                         EDRINGTON, SCHIRMER & MURPHY LLP

*/s/ Peter P. Edrington*
Peter P. Edrington, Esq.
Owen T. Rooney, Esq.
Attorneys for Defendants,
CITY OF PITTSBURG, et al.

ORDER

Based on the above Stipulation, and good cause appearing,

IT IS ORDERED that the Case Management Conference scheduled for October 25, 2012 at 10:00 a.m. is continued to November 1, 2012 at 10:00 a.m.

Dated: September 28, 2012

*/s/*
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE