PETER P. EDRINGTON, ESQ. (Bar No. 074355)
OWEN T. ROONEY, ESQ. (Bar No. 127830)   [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300

Attorney for Defendants
CITY OF PITTSBURG, CHIEF AARON L. BAKER, CITY OF PITTSBURG POLICE DEPARTMENT NICHOLAS PAT BOCCIO, PHILIP GALER, BRIAN MATTHEWS, RYAN RUFF AND A. BORDENKIRCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| MICHAEL JILES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER; individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; CITY OF PITTSBURG POLICE DEPARTMENT; NICHOLAS PAT BOCCIO, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #303); PHILIP GALER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #248); BRIAN MATTHEWS, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #283); RYAN RUFF, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #301); A. BORDENKIRCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #308); R. MYERS (BADGE #304), individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT and DOES 1-200, inclusive,<br><br>Defendants. | Case No.  C12-03795 MEJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT** |

1

STIPULATION FOR EXTENSION OF TIME

The Amended Complaint names Officer Myers who has not been served to date. Some of the defendants plan on filing a Motion to Dismiss challenging various issues in the Amended Complaint. Officer Myers is one of the defendants who will file a Motion to Dismiss.

The Court has previously ordered that defendants' responsive pleading be filed by October 24, 2012. Complying with this deadline would require two Motions to Dismiss raising the same issues.

It is in the interest of judicial economy that all issues be addressed in one Motion to Dismiss.

IT IS STIPULATED that defendants CITY OF PITTSBURG, CHIEF AARON L. BAKER, CITY OF PITTSBURG POLICE DEPARTMENT NICHOLAS PAT BOCCIO, PHILIP GALER, BRIAN MATTHEWS, RYAN RUFF and A. BORDENKIRCHER's time to respond to the Amended Complaint be extended until twenty (20) days after Officer Myers has been served in this action.

DATED: October 23, 2012    EDRINGTON, SCHIRMER & MURPHY LLP

By _____
PETER P. EDRINGTON, ESQ.

DATED: October 23, 2012    LAW OFFICES OF PANOS LAGOS

By _____
PANOS LAGOS, ESQ.

**IT IS SO ORDERED**

DATED: October 24, 2012

By _____
Chief Magistrate Maria-Elena James

2

STIPULATION FOR EXTENSION OF TIME