1 | LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
2 | 5032 Woodminster Lane
Oakland, CA 94602
3 | (510)530-4078
(510)530-4725/FAX
4 | panoslagos@aol.com

5 | Attorney for Plaintiff,
MICHAEL JILES
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | MICHAEL JILES,                               ) Case No.: C12-03795 MEJ
                                                )
11 | Plaintiff,                                  ) STIPULATION [AND ORDER]
                                                ) PERMITTING THE DISMISSAL,
12 | v.                                          ) WITHOUT PREJUDICE, OF
                                                ) DEFENDANT RYAN RUFF
13 | CITY OF PITTSBURG; AARON L. BAKER,          )
individually and in his Official Capacity as    )
14 | CHIEF OF POLICE OF THE CITY OF              )
PITTSBURG POLICE DEPARTMENT;                    )
15 | CITY OF PITTSBURG POLICE DEPARTMENT;        )
NICHOLAS PAT BOCCIO (BADGE # 303),              )
16 | individually and in his capacity as a Peace Officer )
for the City of Pittsburg; PHILIP GALER         )
17 | (BADGE # 248), individually and in his capacity as )
a Peace Officer for the City of Pittsburg;      )
18 | BRIAN MATTHEWS (BADGE # 283), individually )
and in his capacity as a Peace Officer for the  )
19 | City of Pittsburg; RYAN RUFF (BADGE # 301), )
individually and in his capacity as a Peace Officer )
20 | for the City of Pittsburg; A. BORDENKIRCHER  )
(BADGE #308), individually and in his capacity as a )
21 | Peace Officer for the City of Pittsburg;     )
and DOES 1-200,                                 )
22 |                                             )
Defendants.                                     )
23 | _____ )

24 |     The parties hereby stipulate, by and through their counsel, that Plaintiff may dismiss,

25 | without prejudice, Defendant RYAN RUFF.

26 |     The parties further stipulate that Defendant PITTSBURG POLICE DEPT. shall make

27 | reasonable efforts to produce RYAN RUFF at the time of trial without the need for a Subpoena

28 | or related subpoena fee(s) at the request of Plaintiff's counsel. Either side may call RYAN

STIPULATION TO DISMISS DEFENDANT RUFF      -1-

*Jiles v. City of Pittsburg, et al.*
USDC (N.D. Cal.) Case No.: C12-03795 MEJ

RUFF as a witness at trial.

**IT IS SO STIPULATED**

Dated: May 21, 2013          LAW OFFICES OF PANOS LAGOS

/s/PANOS LAGOS
Panos Lagos, Esq.
Attorney for Plaintiff,
MICHAEL JILES

Dated: May 21, 2013          EDRINGTON, SCHIRMER & MURPHY LLP

/s/OWEN T. ROONEY
Peter P. Edrington, Esq.
Owen T. Rooney, Esq.
Attorneys for Defendants,
CITY OF PITTSBURG, et al.

**ORDER**

Based on the above Stipulation, and good cause appearing,

IT IS ORDERED that Defendant RYAN RUFF is hereby dismissed without prejudice.

Defendant PITTSBURG POLICE DEPT. shall make reasonable efforts to produce RYAN RUFF at the time of trial. Either side may call RYAN RUFF as a witness at trial without the need for a Subpoena or related subpoena fee(s) at the request of Plaintiff's counsel.

Dated: May 22, 2013

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE