LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
MICHAEL JILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JILES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; CITY OF PITTSBURG POLICE DEPARTMENT; NICHOLAS PAT BOCCIO (BADGE # 303), individually and in his capacity as a Peace Officer for the City of Pittsburg; PHILIP GALER (BADGE # 248), individually and in his capacity as a Peace Officer for the City of Pittsburg; BRIAN MATTHEWS (BADGE # 283), individually and in his capacity as a Peace Officer for the City of Pittsburg; RYAN RUFF (BADGE # 301), individually and in his capacity as a Peace Officer for the City of Pittsburg; A. BORDENKIRCHER (BADGE #308), individually and in his capacity as a Peace Officer for the City of Pittsburg; and DOES 1-200,<br><br>Defendants. | Case No.: C12-03795 MEJ<br><br>STIPULATION [AND ORDER] PERMITTING THE DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT RYAN RUFF |

The parties hereby stipulate, by and through their counsel, that Plaintiff may dismiss, without prejudice, Defendant RYAN RUFF.

The parties further stipulate that Defendant PITTSBURG POLICE DEPT. shall make reasonable efforts to produce RYAN RUFF at the time of trial without the need for a Subpoena or related subpoena fee(s) at the request of Plaintiff's counsel. Either side may call RYAN

STIPULATION TO DISMISS DEFENDANT RUFF                                                                                              - 1 -

*Jiles v. City of Pittsburg, et al.*
USDC (N.D. Cal.) Case No.: C12-03795 MEJ

1  RUFF as a witness at trial.

2                           **IT IS SO STIPULATED**

3

4  Dated: May 21, 2013                LAW OFFICES OF PANOS LAGOS

5

6                                     /s/PANOS LAGOS
                                      Panos Lagos, Esq.
7                                     Attorney for Plaintiff,
                                      MICHAEL JILES
8

9  Dated: May 21, 2013                EDRINGTON, SCHIRMER & MURPHY LLP

10

11                                    /s/OWEN T. ROONEY
                                      Peter P. Edrington, Esq.
12                                    Owen T. Rooney, Esq.
                                      Attorneys for Defendants,
13                                    CITY OF PITTSBURG, et al.

14

15                              **ORDER**

16      Based on the above Stipulation, and good cause appearing,

17      IT IS ORDERED that Defendant RYAN RUFF is hereby dismissed without prejudice.

18      Defendant PITTSBURG POLICE DEPT. shall make reasonable efforts to produce

19  RYAN RUFF at the time of trial. Either side may call RYAN RUFF as a witness at trial without

20  the need for a Subpoena or related subpoena fee(s) at the request of Plaintiff's counsel.

21

22  Dated: May 22, 2013

23                                    HON. MARIA-ELENA JAMES
                                      UNITED STATES MAGISTRATE JUDGE

[Seal: Judge Maria-Elena James, United States District Court, Northern District of California]